IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY CAMPBELL,
    Plaintiff,

vs.                                    Case No.: 3:05cv113/EMT

C.O. C. JOHNSON,
    Defendant.
_____ /

### **ORDER**

This matter is before the court on Plaintiff's Unopposed Motion to Extend Discovery and Pretrial Deadlines and Trial Date (Doc. 94).  Good cause having been shown, it is hereby **ORDERED**:

    1.    Plaintiff's Unopposed Motion to Extend Discovery and Pretrial Deadlines and Trial Date (Doc. 94) is **GRANTED** to the extent that the following deadlines are extended:

        a.    the deadline for Plaintiff's filing a pretrial narrative is extended to **NOVEMBER 30, 2007**;

        b.    the attorneys' conference to discuss pretrial matters shall be held no later than **FEBRUARY 25, 2008**;

        c.    the discovery deadline is extended to **FEBRUARY 29, 2008**;

        d.    the pretrial stipulation and other pretrial papers shall be filed with the clerk of court on or before **MARCH 3, 2008**;

        e.    the pretrial conference is rescheduled to **MARCH 11, 2008 at 9:00 a.m.**

        f.    the jury trial is rescheduled to **MARCH 24, 2008 at 9:00 a.m.**

2.	The court's previous scheduling orders remain in full force and effect, to the extent they do not conflict with the instant order.[1]

**DONE AND ORDERED** this 30th day of November 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] If a conflict exists, the instant order controls.

Case No.: 3:05cv113/EMT