IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


RANDY CAMPBELL,
      Plaintiff,

vs.                                      Case No.: 3:05cv113/EMT

C.O. C. JOHNSON,
      Defendant.
_____ /

## ORDER

      This matter is before the court on the parties' Joint Notice of Settlement (Doc. 122).
Pursuant to Rule 16.2(D) of the Local Rules of the Northern District of Florida, it is hereby
**ORDERED**:

      1.      This case is **DISMISSED** from the active docket of the court.

      2.      In the event that the settlement is not consummated, the court reserves jurisdiction,
upon motion filed by any party within **SIXTY (60) DAYS** of the date of this order, to amend or
vacate and set aside this order and reopen the case for further proceedings.

      3.      The clerk is directed to administratively close the file and, upon expiration of sixty
(60) days without activity, close the case in its entirety for all purposes.

      **DONE AND ORDERED** this 17th day of March 2008.


                         /s/ *Elizabeth M. Timothy* _____
                         **ELIZABETH M. TIMOTHY**
                         **UNITED STATES MAGISTRATE JUDGE**